IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DELTA STAR, INC., *Plaintiff,* | CIVIL ACTION NO. 6:05-CV-00022 |
| v. | ORDER |
| NSTAR ELECTRIC & GAS CORP., *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff Delta Star, Inc.'s motion to dismiss Counts Two and Three of the Counterclaim of Defendant NSTAR Electric and Gas Corp. A hearing was held on the motion on July 19, 2006. For the reasons stated in the accompanying Memorandum Opinion, the motion is DENIED.

It is so ORDERED.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

August 29, 2006
Date